UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3972-WBV-JVM** |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | **SECTION: D (1)** |

### ORDER AND REASONS

On October 18, 2022, GeoVera Specialty Insurance Company ("GeoVera") filed a Notice of Removal, asserting that this Court has diversity jurisdiction over Plaintiff's Hurricane Ida claims based upon 28 U.S.C. § 1332.[1] On October 19, 2022, the Court issued an Order requiring Geo Vera to file an amended notice of removal to adequately allege the citizenship of the parties.[2] Pursuant to that Order, Geo Vera filed an Amended Notice of Removal on October 20, 2022.[3] A few days later on October 25, 2022, however, Geo Vero filed a Motion to Remand, asserting that the Court lacks subject matter jurisdiction because the amount in controversy is not met.[4] Specifically, Geo Vera alleges that it "inadvertently failed to recognize Paragraph 20 in plaintiff's Petition for Breach of Contract and Damages, in which plaintiff alleges that the amount in controversy, exclusive of interest and costs, is less than $75,000.00."[5] The Motion to Remand was filed as an ex parte/consent motion.

---

[1] R. Doc. 1.
[2] R. Doc. 6.
[3] R. Doc. 8.
[4] R. Doc. 9.
[5] *Id*. at ¶ 1. *See*, R. Doc. 1-2 at p. 7, ¶ 20.

Accordingly, because the Motion to Remand is unopposed, and further, importantly, it appearing to the Court that the Motion has merit, **IT IS HEREBY ORDERED** that the Motion to Remand[6] is **GRANTED** and this matter is hereby **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, October 26, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[6] R. Doc. 9.